# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:11CR00162 SWW

ROBERT SHIPP

## ORDER

Pending before the Court is Defendant's Motion for Pretrial Release. (Docket entry #12). On July 18, 2011, the Court held a detention hearing and thereafter entered an Order of Detention. (Docket entry #9). Among other things, the Court noted Defendant's extensive criminal history as well as his "consistent pattern of refusing to follow instructions and engaging in conduct that poses a danger to the community." *Id.* Those facts, along with other testimony during the detention hearing, led the Court to conclude that the Government had proven by clear and convincing evidence that Defendant was a danger to the community and that no conditions or combination of conditions could reasonably assure the safety of the community if he was released.

In his Motion, Defendant requests that the Court revisit the issue of pretrial release, or alternatively, placement in an inpatient drug-treatment program. In support

of this request, Defendant argues that: (1) he has been drug-free for the past month while detained at the Pulaski County Regional Detention Center; (2) he has close family members, including children, who live in Arkansas; (3) he has a sister willing to serve as a third-party custodian; and (4) various employment opportunities are available to him in the event he is released. The Government opposes Defendant's Motion. (Docket entry #13).

None of Defendant's arguments establish a change of circumstances sufficient for the Court to reconsider its previous Order of Detention.

IT IS THEREFORE ORDERED THAT Defendant's Motion for Pretrial Release (docket entry #12) is DENIED.

DATED this 29th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE